In the Matter of the Claim of Mrs. G. Frederick Bond, Respondent, against South Avenue Coal Co. and Massachusetts Bonding and Insurance Company, Appellants. State Industrial Board, Respondent.— Appeal from a dependency award to decedent's mother. The family consisted of the father, who between February 17, 1939, and February 3, 1940, earned $1,176.26; a sister who between May 1, 1939, and February 14, 1940, earned $350.01, which she necessarily used for personal expenses including clothing; and the mother who was unemployed outside the home. Decedent each week contributed money to the mother. The amount varied in accordance with his earnings. During the later months of his life he contributed ten dollars a week. Dependency was established. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of Gisella E. Kluger, Appellant, against Celian Mansion and Standard Accident Insurance Company, Respondents. State Industrial Board, Respondent.— The claimant seeks compensation for an alleged occupational disease. She was employed as a cook by the employer-respondent for nine years prior to her disablement. Her work included general cooking and preparation of foodstuffs and the handling of a large amount of poultry. Her contention is that she sustained her rash as a result of acids or oils in the chickens, but nowhere in the record is there proof concerning the presence of acids or oils in chickens or the waters in which they soak. The medical testimony produced by claimant does not substantiate her claim and there is a total failure to connect the claimant's claim with her occupation under any provision of the Workmen's Compensation Law. Decision of the State Industrial Board dismissing the claim affirmed, without costs. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.

In the Matter of the Claim of Charles Cordes, Respondent, against Hynes Baking Company, Inc., Respondent, Martha J. Drozd and Bakers Mutual Insurance Company of New York, Appellants. State Industrial Board, Respondent.— Appeal by the alleged employer and insurance carrier from an award of compensation for injuries, and from the affirmance thereof by the State Industrial Board. It is the contention of appellants that claimant was not the employee of the alleged employer, Martha J. Drozd. There is evidence to sustain the finding made to the contrary. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Bliss, Schenck and Foster, JJ., concur; Crapser, J., dissents and votes to reverse the award and to dismiss the claim.